DIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

NELLIS CEASAR,

                                    Plaintiff,

          -against-

THE CITY OF NEW YORK,
THE NEW YORK CITY POLICE DEPARTMENT,
DETECTIVE PAUL PARSEKIAN,
DETECTIVE JOHN DOE,

                                  Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

CV 05-3812 (ARR) (RML)

------------------------------------------------------------- x

WHEREAS, plaintiff commenced this action by filing a complaint on or about August 10, 2005, alleging that certain of her federal and state rights were violated; and

WHEREAS, defendants have denied any and all liability arising out of plaintiff's allegations; and

WHEREAS, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff NELLIS CEASAR the sum of THIRTY-SIX THOUSAND DOLLARS ($36,000) in full satisfaction of all claims, including claims for costs, expenses, and attorney fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against the named defendants, the City of

New York, the New York City Police Department, and Paul Parsekian, with prejudice, and to release all defendants, including the individual named herein as "Detective John Doe," and any present or former employees or agents of the City of New York, and the New York City Police Department, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. The New York City Police Department and the Kings County District Attorney's Office agree to return plaintiff's car, a 1998 Mercedes Benz SUV, Model ML 320, Vehicle Identification Number 4JAB54E5WA009924, currently being held at the College Point Pound under Voucher Number B 097099, to plaintiff upon the completion of the criminal prosecution brought against Mr. Lorance Williams, under indictment number 952-2005.

5. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

6. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Police Department.

2

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained therein.

Dated: New York, New York
August 7, 2006

Victor M. Brown, Esq.
31 Smith Street
Brooklyn, NY 11201
(718) 625-5530

By: _____
Victor M. Brown, Esq. (VB 5289)

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 3-206
New York, New York 10007
(212) 788-0991

By: _____
Michael Chestnov (MC 0443)
Assistant Corporation Counsel

SO ORDERED:

_____   8/11/06
HON. ALLYNE R. ROSS, U.S.D.J.